AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Elrod, Jennifer W. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>5/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court of Appeals, Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>515 Rusk Avenue, 12th Floor<br>Houston, TX 77002-2603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Texas Center for Legal Ethics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. 2009 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | |

Elrod, Jennifer W.

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed software consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Center for Legal Ethics | 1/23/10 | Austin, TX | Board Meeting | Mileage, Meals |
| 2. | Vanderbilt University | 2/5-2/7/10 | Nashville, TN | Speaking to law students and judge moot court | Transportation, hotel, meals |
| 3. | Harvard Law School | 3/16-3/18/10 | Cambridge, MA | Speaking to law students and judge moot court | Transportation, Hotel, Meals |
| 4. | Texas Tech School of Law | 4/4-4/5/10 | Lubbock, TX | Speaking to law students | Transportation, hotel, meals |
| 5. | State Bar of Texas | 4/8/10 | Austin, TX | Pattern Jury Comm Mtg | Transportation, meals |
| 6. | Texas Center for Legal Ethics | 5/29/10 | Austin, TX | Board Mtg | Mileage, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

| | | | | |
|---|---|---|---|---|
| 7. Texas Center for Legal Ethics | 6/5/10 | Austin, TX | Board Mtg/Supreme Court Historical Dinner | Transportation, Meals, Hotel |
| 8. Blackstone Legal Fellowship | 8/5-8/6/10 | Phoenix, AZ | Speaking to law students | Transportation, hotel, meals |
| 9. Texas Center for Legal Ethics | 9/25/10 | Galveston, TX | Board meeting | Mileage, meals |
| 10. University of Illinois Law School | 10/27-10/28/10 | Champaign, IL | Judging mock trials | Transportation, hotel, meals |
| 11. Texas Center for Legal Ethics | 11/5/10 | Austin TX | 20th Anniv of Lawyer's Creed Event | Transportation, meals |
| 12. Federalist Society Convention | 11/11-11/15/10 | Washington, DC | Moderating CLE panel, convention | Transportation, hotel, meals, convention fees |
| 13. DRI | 12/3-12/4 | New York, NY | Speaking at CLE | Transporation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Visa | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. DREYFUS BOND MKT INDEX (IRA) | B | Distribution | K | T | | | | | |
| 2. Fidelity U.S. Bond Index Fund (457 Plan) | A | Distribution | | | Merged (with line 3) | 12/31/09 | K | A | |
| 3. BlackRock Bond Index | | None | K | T | Buy | 12/31/09 | K | | |
| 4. Schwab MktMgr INTL (IRA) | A | Dividend | L | T | | | | | |
| 5. Schwab Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 6. Schwab Total Stk Mkt-INV | | None | | | Sold | 9/18/09 | K | A | |
| 7. Schwab Total Stk Mkt-SEL | B | Dividend | M | T | Buy | 9/18/09 | K | | |
| 8. Vanguard Growth Index Fund (457 Plan) | A | Dividend | L | T | | | | | |
| 9. Vanguard Lifestrategy Growth (IRA) | B | Dividend | L | T | | | | | |
| 10. Vanguard College Savings Iowa (529) | A | Dividend | J | T | | | | | |
| 11. Texas County and District Retirement System | . A | Interest | J | T | | | | | |
| 12. Employee Retirement System of Texas | B | Interest | K | T | | | | | |
| 13. Pricelock Corporation incentive stock option | | None | J | U | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII: Line 2: The investment in Fidelity US Bond Index Fund was automatically and directly transfered by 457 Plan Manager to BlackRock Bond Index at close of year

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Elrod, Jennifer W. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>5/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court of Appeals, Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>515 Rusk Avenue, 12th Floor<br>Houston, TX 77002-2603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Texas Center for Legal Ethics |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. 2009 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | |

Elrod, Jennifer W.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed software consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Center for Legal Ethics | 1/23/10 | Austin, TX | Board Meeting | Mileage, Meals |
| 2. | Vanderbilt University | 2/5-2/7/10 | Nashville, TN | Speaking to law students and judge moot court | Transportation, hotel, meals |
| 3. | Harvard Law School | 3/16-3/18/10 | Cambridge, MA | Speaking to law students and judge moot court | Transportation, Hotel, Meals |
| 4. | Texas Tech School of Law | 4/4-4/5/10 | Lubbock, TX | Speaking to law students | Transportation, hotel, meals |
| 5. | State Bar of Texas | 4/8/10 | Austin, TX | Pattern Jury Comm Mtg | Transportation, meals |
| 6. | Texas Center for Legal Ethics | 5/29/10 | Austin, TX | Board Mtg | Mileage, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

| | | | | |
|---|---|---|---|---|
| 7. Texas Center for Legal Ethics | 6/5/10 | Austin, TX | Board Mtg/Supreme Court Historical Dinner | Transportation, Meals, Hotel |
| 8. Blackstone Legal Fellowship | 8/5-8/6/10 | Phoenix, AZ | Speaking to law students | Transportation, hotel, meals |
| 9. Texas Center for Legal Ethics | 9/25/10 | Galveston, TX | Board meeting | Mileage, meals |
| 10. University of Illinois Law School | 10/27-10/28/10 | Champaign, IL | Judging mock trials | Transportation, hotel, meals |
| 11. Texas Center for Legal Ethics | 11/5/10 | Austin TX | 20th Anniv of Lawyer's Creed Event | Transportation, meals |
| 12. Federalist Society Convention | 11/11-11/15/10 | Washington, DC | Moderating CLE panel, convention | Transportation, hotel, meals, convention fees |
| 13. DRI | 12/3-12/4 | New York, NY | Speaking at CLE | Transporation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Visa | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DREYFUS BOND MKT INDEX (IRA) | B | Distribution | K | T | | | | | |
| 2. Fidelity U.S. Bond Index Fund (457 Plan) | A | Distribution | | | Merged (with line 3) | 12/31/09 | K | A | |
| 3. BlackRock Bond Index | | None | K | T | Buy | 12/31/09 | K | | |
| 4. Schwab MktMgr INTL (IRA) | A | Dividend | L | T | | | | | |
| 5. Schwab Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 6. Schwab Total Stk Mkt-INV | | None | | | Sold | 9/18/09 | K | A | |
| 7. Schwab Total Stk Mkt-SEL | B | Dividend | M | T | Buy | 9/18/09 | K | | |
| 8. Vanguard Growth Index Fund (457 Plan) | A | Dividend | L | T | | | | | |
| 9. Vanguard Lifestrategy Growth (IRA) | B | Dividend | L | T | | | | | |
| 10. Vanguard College Savings Iowa (529) | A | Dividend | J | T | | | | | |
| 11. Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 12. Employee Retirement System of Texas | B | Interest | K | T | | | | | |
| 13. Pricelock Corporation incentive stock option | | None | J | U | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII: Line 2: The investment in Fidelity US Bond Index Fund was automatically and directly transfered by 457 Plan Manager to BlackRock Bond Index at close of year

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544